**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6119

A. TURNER,

Plaintiff - Appellant,

versus

RAYMOND IGLECIA, Psychiatrist; L. OWENS, HSA,
Records Custody; GENE M. JOHNSON,
VDOC-Director,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior
District Judge. (2:05-cv-00670-RGD)

Submitted: April 27, 2006                    Decided: May 8, 2006

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

A. Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

A. Turner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Turner v. Iglecia, No. 2:05-cv-00670-RGD (E.D. Va. filed Jan. 3, 2006 & entered Jan. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED